UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL A. MOORE, Sr.,

    Plaintiff,

        v.

MEARL JUSTUS et al.,

    Defendants.

Case No. 12-cv-1064 JPG/DGW

### MEMORANDUM AND ORDER

This matter comes before the Court on the stipulation of dismissal (doc. 39). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, parties have presented a stipulation of dismissal of all the remaining claims signed by all parties who have appeared in the case. Pursuant to the parties' stipulation, those claims are **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to enter judgment accordingly.

DATED:  April 1, 2014

                *s/J. Phil Gilbert*
                UNITED STATES DISTRICT JUDGE